FILED

08/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0310

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0310

_____

IN THE MATTER OF:

S.H.

 Respondent and Appellant.

_____

ORDER

_____


 Pursuant to Appellant's motion for extension of time, and good cause

appearing,

 IT IS HEREBY ORDERED that Appellant is given an extension to and

including October 21, 2024, to file the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 20 2024